UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PREMIER BANCORP, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant. | Case No.  8:23-cv-00470 CJC (DFMx)<br><br>**ORDER ON JOINT STIPULATION FOR PROTECTIVE ORDER**<br><br>Judge:              Hon. Cormac J. Carney<br>Court Room:    9B<br>Complaint Filed: March 15, 2023<br>Trial Date:       None |

**GOOD CAUSE APPEARING,** the Court hereby approves the Joint Stipulation For Protective Order.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: September 18, 2023

By: _____
Hon. Douglas F. McCormick
United States Magistrate Judge

Respectfully submitted,

**LOPEZ, BARK & SCHULZ LLP**
Harry J. Schulz, III, Esq. (SBN 205625)
 *hschulz@lbslawyers.com*
Michael E. Lopez, Esq. (SBN 214937)
 *mlopez@lbslawyers.com*
Brian Z. Bark, Esq. (SBN 217514)
 *bbark@lbslawyers.com*
300 Spectrum Center Drive, Suite 1550
Irvine, CA 92618
Telephone: (949) 383-9585
Facsimile: (714) 242-1544

Counsel for Plaintiff
Pacific Premier Bancorp, Inc.