**JS-6**

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC PREMIER BANCORP, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CONTINENTAL INSURANCE COMPANY, a Pennsylvania corporation,<br><br>    Defendant. | Case No. 8:23-cv-00470 CJC (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION AND REQUEST FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Complaint Filed: March 15, 2023<br>Trial Date: None |

1

ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Upon review of the Joint Stipulation For Dismissal With Prejudice, **IT IS HEREBY ORDERED** that: (a) the action is hereby dismissed **WITH PREJUDICE** as to all claims; (b) no award of attorneys' fees or costs, or of expert fees or costs is made in favor of either Plaintiff Pacific Premier Bancorp, Inc. ("PPB") or Defendant Continental Insurance Company ("Continental") (collectively, the "Parties") in this matter; and (c) the Court shall retain continuing exclusive jurisdiction to enforce the terms of the Settlement Agreement And Mutual Release between the Parties.

**IT IS SO ORDERED.**

Dated:  February 27, 2024

_____
Hon. Cormac J. Carney
U.S. District Judge